KEZAR & STODDARD COMPANY *vs.* PORTLAND WET WASH LAUNDRY.

Cumberland County. Decided October 8, 1926. This was an action brought to recover the purchase price of a pump installed by plaintiff in defendant's laundry. Defendant contended that the pump was unfit for the purpose for which it was intended. Plaintiff denied this contention. A plain issue of fact was joined. The jury found for the plaintiff and it cannot be said that the record discloses any sound reason for disturbing the verdict. Motion denied. *Harry C. Libby*, for plaintiff. *Harry E. Nixon*, for defendant.